# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 2, 2017

## NO. 03-17-00270-CR

**Joe Michael Magana, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
### DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.